# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In Re: Dividend Solar Finance, LLC, and Fifth Third Bank Sales and Lending Practices Litigation | MDL No. 24-3128 (KMM/DTS) |
| This Document Relates to: *Khan v. Dividend, a division of Fifth Third Bank et al.*, Case No. 25-cv-3215 (KMM/DTS) | **ORDER ON PLAINTIFF'S MOION FOR REMAND AND ATTORNEY'S FEES/COSTS** |

Plaintiff Zamena Khan moves the Court for an Order remanding her individual case to the Circuit Court of the Ninth Judicial Circuit, in and for Orange County, Florida. [MDL No. 24-cv-3128 (KMM/DTS), Dkt. 188.[1]] Ms. Khan also seeks an award of attorney's fees and costs under 28 U.S.C. § 1447(c). In light of the Court's recent Order remanding a case removed by Defendant Fifth Third Bank on similar grounds [MDL No. 24-cv-3128 (KMM/DTS), Dkt. 187 (remanding Case No. 0:25-cv-01604-KMM-DTS to Florida state court)], Fifth Third does not oppose the request for remand. Fifth Third does oppose the request for fees. Based on the record before the Court, the motion to remand is granted and the request for fees is denied. Plaintiff has failed to demonstrate that Fifth Third lacked an objectively reasonable basis for seeking removal that would support an award of fess under § 1447(c). *Martin v. Franklin Cap. Corp.*, 546 U.S. 132, 141 (2005) (explaining that "courts may award attorney's fees under § 1447(c) only where the removing party lacked an objectively reasonable basis for seeking removal").[2]

---

[1] Ms. Khan's counsel filed the motion to remand in only the main MDL file. Nevertheless, the Court enters this Order in the MDL File and in Ms. Khan's individual member case.

[2] Although Plaintiff's reply memorandum in support of the motion to remand also mentions Federal Rule of Civil Procedure 11 and the Court's inherent power as separate bases for awarding sanctions, the Court does not understand Plaintiff to be requesting payment of attorney's fees under either. To the extent such a request is made, it is also denied.

## ORDER

Accordingly, **IT IS HEREBY ORDERED THAT**

1. Plaintiff Zamena Khan's motion to remand [MDL No. 24-cv-3128 (KMM/DTS), Dkt. 188] is **GRANTED in part** as set forth herein.

2. The Clerk of Court shall **REMAND** *Khan v. Dividend, a division of Fifth Third Bank et al.*, Case No. 0:25-cv-03215 (KMM/DTS), to the Circuit Court of the Ninth Judicial Circuit, in and for Orange County, Florida.

3. Plaintiff Khan's motion is **DENIED in part** to the extent it seeks an award of fees and costs.

Date: September 2, 2025

*s/Katherine Menendez*
Katherine Menendez
United States District Judge